# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2014

147760 & (10)(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 147760
                                         COA: 316723
                                         Wayne CC: 88-005100-FC

MICHAEL JOHN MORAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and the motion for miscellaneous relief are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2014



Clerk

p0107